Adam Bernard Sernas #100132
Name and Prisoner/Booking Number

ASPC-Safford/Tonto unit
Place of Confinement

896 South Cook Road
Mailing Address

Safford, Arizona - 85546
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 04 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Adam Bernard Sernas      )
(Full Name of Plaintiff)  )
          Plaintiff,      )
                          )
     vs.                  )   CASE NO. CV-19-00730-PHX-DJH--ESW
                          )            (To be supplied by the Clerk)
(1) Deputy Warden - Cantrell,  )
(Full Name of Defendant)  )
(2) Assistant deputy warden - Galvan,  )
                          )   CIVIL RIGHTS COMPLAINT
(3) SSU Palmer,           )   BY A PRISONER
                          )
(4) Captain Baker,        )   ☒ Original Complaint
          Defendant(s).   )   ☐ First Amended Complaint
                          )   ☐ Second Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ASPC/Lewis Barchey Unit

Revised 5/1/2013                    1                    550/555

## B. DEFENDANTS

1. Name of first Defendant: **Deputy Warden Cantrell**. The first Defendant is employed as:
   **DEPUTY Warden** (Position and Title) at **ASPC Lewis Barchey Unit** (Institution).

2. Name of second Defendant: **ADW Galvan**. The second Defendant is employed as:
   **Assistant deputy warden** (Position and Title) at **ASPC Lewis Barchey Unit** (Institution).

3. Name of third Defendant: **SSU Palmer**. The third Defendant is employed as:
   (Position and Title) at **ASPC Lewis Barchey Unit** (Institution).

4. Name of fourth Defendant: **Captain Baker**. The fourth Defendant is employed as:
   **Captain** (Position and Title) at **ASPC Lewis Barchey Unit** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th Amendment Violation To be Free From unusual punishment.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On or about Feb 15th, 2018 while I was placed in a pod at A.S.P.-@ Lewis by Barchey unit Administrators. The pod is in the same living area with the population and inmates I had problems with. The above defendant came into this illegal pod at barchey unit red four Able and gave me a direct order to house or recieve disciplinary action. Obeying there order I housed in five Able. I was only there a few minutes and was assaulted with a blunt object wich led to serious injury. I was then sent to Abrazo hospital to recieve plastic surgery on my Right orbital.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I was badly injured Right orbital Crushed, Broken nose, 2 cracks to Skull, internall bleeding nose passage. All do to lack of description in decision to house me on yard where DW Cantrell was Aware there was a problem.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 8th Amendment violation To be Free From Cruel And unusual punishment.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On or about Feb 15th 2018 while in a Pod At ASPC-Lewis Complex barchey red Four Able Assistant deputy whirden Galvan came in this illegal Pod And stated to me And others that I need to House on Barchey unit to Deal with my Problems or Recieve disciplinary action. obeying His direct order I then went to house in Five able, I was only there But a few minutes And was assulted with a Blunt object wich led to serious injury, I was then sent to abrazo hospital where I recieved plastic surgery on my right orbital.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Was badly injured Right orbital crushed, Broken nose, Two cracks to skull, internall Bleeding to nose passage. All due to lack of descresion in derision to house me on the yard where ADW Galvan knew I had problems.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: 8th Amendment violation to be free from unusual punishment.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On or About Feb 15th 2018 while I was Placed in A Pod At A.S.P.C Lewis by Barchey Unit Administrators, THe Pod I was Placed in was the same living area with the Population And inmates I Had Problems with, THe defendant SSU palmer was fully Aware there was A problem, Before and After Barchey Administrators gave me a direct order to House on Five Able. Barchey red. After I was threatened with disciplinary Action if I didn't House, I was only there A few minutes And was Assaulted with a Blunt object which led to serious injury. I was then sent to Abrazo Hospital to recieve plastic surgery to Right orbital.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). was badly injured Right orbital Crushed, Broken nose, 2 Cracks to Skull, internal bleeding nose passage. All do to lack of investigatory duties As SSU, let me house on yard SSU palmer was Aware I had problems.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: _To Be determined At Trial._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          _Adam Bernard Servais_
                       DATE                                          SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

D. Cause of Action
Count III

1. State the constitutional or other federal civil Right that was violated: 8th amendment violation to be free from unusual punishment

2. Count III Identify the issue involved. Check only one. State additional issues in seperate counts.
- ☐ Basic necessities
- ☐ Mail
- ☐ Access to Court
- ☐ Medical Care
- ☐ Disciplinary Proceedings
- ☐ Property
- ☐ Excersize of Religion
- ☐ Retaliation
- ☐ Excessive force by officers
- ☒ Threat to Safety
- ☐ Other

3. Supporting facts. State as briefly as possible the facts supporting Count III. Describe exactly what each defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On or about Feb 15th 2018 I was placed in A Pod at A.S.P.C. Lewis Barchey Unit by Barchey Administrators with the knowledge I had problems on the yard. Knowing this Pod was supposed to be away from the population it isn't. Pod four #Able is considered detention but isn't it is in same living area with inmates I had problems with. Central office isn't aware of this Pod. Defendant Captain Baker along with other defendants came into to Pod threatened me with disciplinary action if I did not house with population that very day. Not wanting to Get into trouble I obeyed there direct order. I was then move from Four Able to Building Five Able, I wasn't there but a few minutes before I was assaulted with a blunt object wich led to serious injury. I was then sent to Abrazo Hospital where I recieved plastic surgery to my Right Orbital.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
I was badly injured. Right orbital crushed, broken nose, 2 cracks to skull, internall bleeding nose passage, all do to lack of descresion by Captain Baker to house me on another unit when he knew there was a problem with certain inmates. He still chose to place me in Five Able after knowing of this information.

5. Administrative Remedies:
a. Are there any administrative remedies (Grievance procedures or administrative appeals) available at your institution? ☒ yes ☐ no
b. Did you submit a Request for administrative relief on Count III? ☒ yes ☐ no
c. Did you appeal your Request for relief on Count III? ☒ yes ☐ no
d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.