Adam Bernard Sernas #100132
Name and Prisoner/Booking Number

A.S.P.C. Safford - Tonto Unit
Place of Confinement

896 S. Cook Rd.
Mailing Address

Safford, Arizona 85546
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Adam Bernard Sernas,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Seargent Gonzalez,
(Full Name of Defendant)

(2) C.O. 4 Collars,

(3) SSU Palmer,

(4) Assistant Deputy Warden Calvian,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.
"CONT 1-A"

CASE NO. CIV-19-00730-PHX-DJH-ESW
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint
☒ Third Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Arizona State Prison Lewis / Barchey Unit - Buckeye AZ.

**550/555**

Revised 3/11/16                                    1

"Additional Defendants"

5. Captain Baker

6. C.O.3 Willis

7. Deputy Warden Cantrell

8. Seargent Jimenez

9. Supplemental Jurisdiction requested pursuant 28 U.S.C. § 1367

1-A

## B. DEFENDANTS

1. Name of first Defendant: __Seargent Gonzalez__. The first Defendant is employed as: __Shift Seargent__ at __ASPC Lewis / Barchey Unit__.
   (Position and Title) (Institution)

2. Name of second Defendant: __C.O.4. Collars__. The second Defendant is employed as: __C.O.4 of Barchey Unit__ at __ASPC. Lewis / Barchey Unit__.
   (Position and Title) (Institution)

3. Name of third Defendant: __SSU Palmer__. The third Defendant is employed as: __Special Security Unit__ at __A.S.P.C. Lewis / Barchey unit__.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __ADW Galvan__. The fourth Defendant is employed as: __Assistant Deputy Warden__ at __A.S.P.C. Lewis / Barchey Unit__.
   "CONT 2-A" (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

B Defendant's "CONT"

5. Name of fifth Defendant: <u>Unknown Barker</u>. The fifth Defendant is employed as: <u>Captain Head of Security</u> at <u>A.S.P.C. Lewis/Barchey unit</u>.
(Position and title)   (Institution)

6. Name of sixth Defendant: <u>Unknown Willis</u>. The sixth Defendant is employed as: <u>C.O.3/Counselor</u> at <u>A.S.P.C. Lewis/Barchey unit</u>.
(Position and title)   (Institution)

7. Name of seventh Defendant: <u>Unknown Cantrell</u>. The seventh Defendant is employed as: <u>Deputy Warden</u> at <u>A.S.P.C. Lewis/Barchey unit</u>.
(Position and title)   (Institution)

8. Name of eighth Defendant: <u>Unknown Jimenez</u>. The eighth Defendant is employed as: <u>Seargent</u> at <u>A.S.P.C. Lewis/Barchey unit</u>.
(Position and title)   (Institution)

Supplemental Jurisdiction Request pursuant 28 U.S.C. § 1367

2-A

**COUNT 1**

1. State the constitutional or other federal civil right that was violated: _8th Amendment Rights Violation._

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Deliberate Indifference_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. The Plaintiff Adam Bernard Sernas was Incarcerated at A.S.P.C./Lewis Barchey Unit During the events described in this Complaint. All Defendants have acted, and continue to act, under color of state law at all times relevant to this Complaint. In October of 2017 while In A Refuse to House Pod Safer from danger, I was in the "RHH" Pod Because my Life was Being Threatened By unknown inmates Because I refused to Hold illegal Drugs For them. All Defendants were Aware of the threat to my Life And Breached their duty to Protect me and acted irresponsibly. I was Brutally attacked with weapons on FEB 10th 2018 By unknown inmates Because the following defendants forced me out of the "RHH" Pod and made me House Back on Barchey unit with threats of Disciplinary action if I Did not House. Defendants Knowingly and willingly were aware of the threat to my Safety Because plaintiff told All Defendants in this Claim of a threat on my Life. Instead of Finding me alternative Housing they Deliberately placed me in a Hostile invironment where I suffered serious injuries.

   " CONT. 3-A "

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Because of the actions and inactions of All Defendants I Suffered A Shattered right orbital, Broken nose, Two Head Fractures, And Had to recieve re-constructive Surgery. My injuries include permanent Disfigurment And Impairment.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

Defendant #1 Seargent Gonzalez, In October of 2017 I was Aproached By unknown inmate at A.S.P.C. Lewis Barchey unit. These inmates Asked me to Hold illegal narcotic drugs for them, I refused. After refusing they Began to threaten my life. Before they Could Cause me any Bodily harm at that time I was paged to Report to the Kitchen where I worked I then went to work. After my Shift was over I spoke to the Kitchen officer name unknown to see if I could speak to the supervisor on duty. He sent me to speak to Defendant Gonzalez who was the Seargent on duty at that time. Defendant Gonzalez inquired about my situation, I then proceeded to tell him what was wrong and made it clear that my life was in danger. His decision was to place me in the Refuse to House Pod in 4-A Barchey unit. Defendant was the First staff member to Know of the threat And Failed to write an incident report. which would have began a proper investigation/preliminary investigation through informants or Camera surveilence Footage to identify the assailants. Defendant clearly displays neglective And unprofessional Conduct. The importance of an incident report to a known threat should have been priority. Defendant Failed to act responcibly to the threat to my Safety And did not report this to his Administrators that led to serious injuries, my injuries are permanent disfigurement and Impairment mental shock, nerve damage and loss of vision in my right eye.

3-A

# SUPPORTING FACTS, "CONT."

In regards to Defendant #2 C.O.4 Collars In march of 2018 After returning from abrazo Hospital for recovery after Being Assaulted with weapons by two unknown inmates I recieved Re-constructive Surgery to my Right orbital, nose, two skull fractures, & upper Jaw. Prior to the assault I spoke to C.O.4 Collars at A.S.P.C./Lewis Barchey unit 4-A the refuse to House Pod on Nov of 2017, Dec of 2017, Jan of 2018 And In feb of 2018. On all occasions I Explained to Defendant that my life was In danger Because I Refused to Hold illegal drugs for inmates who were Housed on Barchey unit and to Please Consider Placing me in alternative Housing. Her response was for me to waite she would look into it. SHE came to speak to me for the last time on Feb 10th 2018 to Notify me that if I Did not House back on Barchey unit within a couple days I would recieve disciplinary action. In Fear of Disciplinary action I complied with her request and was placed Back on Barchey unit on Feb 12th 2018. 15 minutes later I was Brutally assaulted By Two Inmates with weapons. IF Defendant collars would Have acted responcibly and found A safer living Area After I told HER I was In danger this would have Prevented serious injury. Defendant failed to Protect me After recieving information of a threat to my life By me on more than one occasion. Defendant failed to act responcibly to A Known risk my Injuries include Permanent Disfigurement And Impairment.

In regards to Defendant #3 SSU Palmer, In Dec of 2017

J-B

SUPPORTING FACTS, "CONT."

While housed in the refuse to House POD 4-A A.S.P.C./Lewis Complex Barchey unit I was paged to speak to the Special Security office of Defendant S.S.U. Palmer. He Began to Inquire About why I was Housed in the "RTH" POD. I then Proceeded to excplaine to him that I refused to Hold illegal Drugs for unKnown inmates and Need Protection. I asked Him to Find Me safer Housing Because I was still Being Threatened. He stated I would Have to return Back to Barchey eventually or recieve disciplinary action. Defendant Palmers Duty As SSU require Procedures for Identifying and safeguarding imates with legitimate Protective Needs with Measures And Possibilities. Some inmates still require Segregation from other inmates. The method for Acomplishing this goal are Comprehensive Professionally executed and supposed to Be legally Sound. Public and institutional Concerns and safety are always the governing elements for staff as they manage these Cases. I am a Protective Custody inmate. SSU Defendant Palmer was notified by Plaintiff directly my life was in danger and failed in his Duties to protect me. He failed to act responcibly threatened me with Disciplinary action If I did not house. My injuries include permanent Disfigurement And Impairment; Serious injuries.

In regards to Defendant #4 "Assistant Deputy warden galvan". In Nov of 2017 while in A refuse to House Pod At A.S.P.C. lewis Barchey unit I was aproached by "ADW" GALVAN He inquired

3-C

"Supporting facts," CONT."

About why I could no longer house on the unit? I was specific in detaile concerning the threat to my life, explaining I refused to hold illegal drugs for unknown inmates and they wanted to kill me because I knew to much. He told me if I didn't tell him the names of the inmates He was going to give me a ticket for refusing to house. In Jan of 2018 He returned, He began to say iether I house and deal with my issue's like a man or face disciplinary action. On feb 10th 2018 he came to see me for the 3rd time. And said I'd be housing in a couple of Day's, In fear of Disciplinary Action I complied with his request. On feb 12th, 2018 I was Housed back on Barchey After being threatened with disciplinary action After 15 minutes of being there I was brutally assaulted with weapons by two unknown assailant's. And Suffered Serious injuries. On feB 14th, 2018 I was transferred to Abrazo hospital in good year, AZ where I recieved re-constructive surgery on my Right Orbital. I had two skull fractures, A Broken nose, and Jaw. After I returned from Abrazo I was admitted into L-11 inmate Hospital At Complex medical in lewis complex where I stayed until late march. After my release from L-11 I was sent back to barchey unit again where I was met by ADW Galvan and Seargent Jimenez. Defendant Galvan started by saying I need to sign a inmate letter stating I had no problems on the yard so He could place me back on the yard.

3-d

Supporting facts" cont.

I then said Sir! I was Just assaulted with weapons on your yard and was in the hospital. Why would you even consider placing me back on the same yard again? He then stated ok then inmate Sernas i'll Just give you a ticket And Put you back in the refuse to House Pod and If I did not go to the "RTH" pod on Barchey i'll be recieving a ticket for disobeying a Direct order. I was placed In Stiner Unit Detention because there was no other place to put me Because I refused to be put on Barchey Unit again After being assaulted with weapons. I was put in a suicide cell with no electrical outlets, leaking sink, and plexiglass on the door where I stayed untill may. Defendant knew there was a threat on my Life Disregarded my Safety needs threatened me with Disciplinary action on more then one incident then tried to put me back on Barchey Unit After the assault, failed to find me Alternative housing before the Assault After knowing my Life was in danger. Deliberately putting me in a dangerous situation that led to Serious injury. My injuries include permanent Disfigurement and Impairment.

In regards to Defendant #5 Captain Baker, In Oct of 2017 while in the Refuse to House Pod at A.S.P.C./Lewis Barchey Unit 4-A Captain Baker Head of Security came to speak to me Concerning my Safety issues on his yard. I began to to explain to him

3-E

Supporting facts; "CONT"

That my life was in danger because I refused to hold illegal drugs for unknown inmates on his Unit. He said there was nothing he could do for me and that I need to house back on barchey Unit or recieve a Disciplinary ticket for refusing to house. He left and didn't return until FEB 10th of 2018 And gave me a direct order to house. On feb 12th, 2018 In fear of Disciplinary action I complied. 15 minutes later I was brutally Assaulted by two unknown inmates, and Suffered serious injuries. Barchey Unit is a protective Custody unit there are Cameras everywhere to see and Surveilence should have been priority After Knowing of the potential threat to my life. Being head of Security the Defendant should have tooken preventive Measures to protect Me from harm. Alternative housing should have also Been a thought with his responcibility As head of Security the proceedure should not have been to threaten Me with a ticket but to protect Me from being assaulted Like finding Me alternative housing. He acted irresponcibly to A Known threat without a thorough investigation prior to housing me back on barchey where I was A victim of a brutal assault.

In Regards To Defendant #6 Co 3 Willis, In nov of 2017 while in the refuse to house pod 4-A At A.S.P.c / Lewis Barchey Unit C.O. 3 Defendant willis Came to Speak to Me. Concerning A threat to my life.

3-F

Supporting facts, "CONT."

I then Briefly Described to Defendant Willis that unknown inmates wanted to Kill me Because I refused to hold illegal Drugs For them. His reply was that he would speak to the SSU officer Palmer Concerning my situation. He returned in Dec of 2017, He said that there was nothing he could do to help me and that I would eventually have to house on Barchey unit again. I pleaded with him and asked him to house me in alternative housing because of the seriousness of the threat, He declined. Defendant Willis allowed me to be took from a safe haven and placed in harms way around inmates who threatened my life. His duties as CO 3 are to care for the needs of inmates not contribute to a next to nothing investigation concerning my safety needs. By not attempting to find alternative housing or at leaste try to speak to his superior's to come to a better solution to help me in my time of need. I suffered a shattered right orbital, two skull fractures, a broken nose, also upper jaw. My injuries include permanent disfigurement and impairment.

In regards to Defendant #7 Deputy Warden Cantrell, In Nov of 2017 while in the refuse to House Pod Deputy Warden Cantrell came to the Refuse to House Pod to speak to me concerning a threat to my life Because I refused to hold illegal Drugs for unknown inmates at Barchey Unit.

3-6

Supporting facts "CONT."

Defendant is "DW" in charge of Barchey Unit as a whole. She is responsible for all operations and the safety of all staff and inmates at the unit. She is accountable for the decisions she makes as well as the staff who work there. As Head Administrator I expected her to be more professional concerning my safety needs. I told her my life was in danger and that I needed alternative housing or I could possibly be killed. She told me she would check into my issue's and come see me again on a later date. On Feb 10th 2018 she came to speak to me again, she said that she spoke to the staff in a meeting called Briefing and that I'll have to comply with there request to house or I would be receiving disciplinary action. I tried to plead with her stating my life was in danger but got no where. In fear of recieving disciplinary action I had to house back on Barchey unit trusting her professional abilities were correct but quickly found out differently. On Feb 12th, 2018 after housing at her request I was brutally assaulted by two unknown inmates with weapons and suffered serious injuries. Defendant Cantrell disregarded a known threat to my safety and acted irresponsibly breaching her duty of care owed to me.

In regards to Defendant #8 Seargen F. Jimenez, In march of 2018 I was released from C-11 Medical Housing.

3-H

Supporting facts, "cont."

I was transferred Back to Barchey Unit after being assaulted By two unknown Assailants At A.S.P.C Lewis Barchey Unit on Feb 12th, 2018. After Arriving back on Barchey Defendant Jimenez and ADW Galvan were waiting in An office. They Asked me to Sign A Kite to Say I had no problems on the yard So they Can House me in A Building at Barchey Unit again after the assault I declined. She Defendant Jimenez Began to Ask Questions from Some papers in her hand. I could not recolect everything at that time because of Head trauma She escorted me to A Count movement Board to try to identify the assailants I Could not do so. I then inquired about any Surveilence videos recorded on that Day, and if they had any video of the incident, She Defendant Jimenez said that she Can't Discuss Security issue's with me at that time. I asked Her to please notify the investigations unit so I Could Speak to them, she refused. Her Duties Are not to Be An investigator to Crimes Committed on Barchey Unit, Defendant Should have notified through proper Channels that I was assaulted and needed to Speak to the investigators unit, She never did. So therefore there was never an investigation after the Assault and i Suffered Serious injuries. My injuries include permanent Disfigurement And Impairment. Inadequate in her Duty to take Corrective action in response to An Assault on my Life with weapons on Feb 12th, 2018.

I-I

Supporting facts, "cont"

In regards to An 8th Amendment Rights Violation, Supplemental Jurisdiction request, Pursuant 28 U.S.C. § 1367.

1. Plaintiff re-Alleges and incorporates by reference each of the previous allegations as is fully set for Herein from Counts 1-8 of this 3rd Amended Complaint. 2. At All relevant times I was in the Care, Custody, and Control of the State of Arizona and had to rely exclusively on the defendants for my Safety and Apropriate housing. 3. All Defendants names in this Complaint owed me a duty of Care, including to Be Housed in a Safe area. 4. As Described in this Complaint all the defendants Breached there Duty of Care Owed to me and were Negligent in their Duties.

3-J

### E. REQUEST FOR RELIEF

State the relief you are seeking:
Plaintiff Asks the Court too Find Defendants in their Individual Capacity who Acted under the Color of law Willfully And wrongfully violated my 8th Amendment Right. Plaintiff Seeks Compensatory Damages For the Amount of Five Million Dollars And Punative Damages For the Reckless disregard to Plaintiffs Rights that resulted too Permanent Disfigurement And Impairment. Defendants Knowingly And willingly Placed ME In A Dangerous Situation that lead to Serious Injury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-14-19
             DATE

_Adam Bernard Vernas_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

14